People of State of Illinois, Plaintiff in Error, v. John T. Connors et al., Defendants in Error.

Term No. 4708.

384

opinion filed January 26, 1948; released for publication February 26, 1948. Louis P. Zerweck, for appellants; R. V. Gustin and Fred Bier, of counsel; Meyer & Meyer, for defendants in error; Stanford S. Meyer and Francis E. McGuire, of counsel. Opinion by JUSTICE CULBERTSON. Not to be published in full.